NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDMUND OPTICS, INC.,**
*Appellant*

v.

**SEMROCK, INC.,**
*Appellee*

---

2016-1358, 1396

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00583 and IPR2014-00599.

---

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. Appellant's opening brief is due no later than March 4, 2016.

                                                                         FOR THE COURT

                                                                         <u>/s/ Daniel E. O'Toole</u>
                                                                         Daniel E. O'Toole
                                                                         Clerk of Court

s31