NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDMUND OPTICS, INC.,**
*Appellant*

v.

**SEMROCK, INC.,**
*Appellee*

---

2016-1358, -1396

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00583 and IPR2014-00599.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion for a 30-day extension of time, until June 3, 2016, for the appellant to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25