NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

___

**EDMUND OPTICS, INC.,**
*Appellant*

v.

**SEMROCK, INC.,**
*Appellee*

___

16-1358
(Serial no. IPR2014-00583, IPR2014-00599 )

___

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

___

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                FOR THE COURT

June 2, 2016                  /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court

**ISSUED AS A MANDATE:** June 2, 2016


cc: Clerk's Office, United States Patent and Trademark Office
Anita Bhushan
James Boyle
John F. Hornick
Anthony J. Lombardi
Lynn E. Rzonca
Marc S. Segal